| PROB 22 (Rev. 2/88) | | DOCKET NUMBER (Tran. Court) |
|---|---|---|
| | | 18-CR-172-01-SM |
| TRANSFER OF JURISDICTION | | DOCKET NUMBER (Rec. Court) |
| | | 22cr10063 |

| NAME AND ADDRESS OF PROBATIONER/SUPERVISED RELEASEE | DISTRICT | DIVISION |
|---|---|---|
| Jessica M. Teixeira<br><br>Massachusetts | DISTRICT OF NEW HAMPSHIRE | |
| | NAME OF SENTENCING JUDGE | |
| | Honorable Steven J. McAuliffe | |
| | DATES OF PROBATION/ SUPERVISED RELEASE | FROM 01/13/2022 — TO 01/12/2025 |

**OFFENSE**

Count 1: Wire Fraud, in violation of 18 U.S.C. § 1343
Count 2: Money Laundering, in violation of 18 U.S.C. § 1957

**PART 1 - ORDER TRANSFERRING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF NEW HAMPSHIRE</u>

   IT IS HEREBY ORDERED that, pursuant to 18 U.S.C. § 3605, the jurisdiction of the probationer or supervised releasee named above be transferred with the records of this Court to the United States District Court for the District of Massachusetts upon that Court's order of acceptance of jurisdiction. This Court hereby expressly consents that the period of probation or supervised release may be changed by the District Court to which this transfer is made without further inquiry of this court.*

March 22, 2022
*Date*

*[signature]*
*United States District Judge*

*This sentence may be deleted in the discretion of the transferring Court.

**PART 2 - ORDER ACCEPTING JURISDICTION**

UNITED STATES DISTRICT COURT FOR THE <u>DISTRICT OF MASSACHUSETTS</u>

   IT IS HEREBY ORDERED that jurisdiction over the above-named probationer/supervised releasee be accepted and assumed by this Court from and after the entry of this order.

3-22-2022
*Effective Date*

*[signature]*
*United States District Judge*



# Memorandum

To: The Honorable F. Dennis Saylor IV
Chief United States District Judge

From: Kara Lightowler
U.S. Probation Officer

Date: March 22, 2022

Re: **TEIXEIRA, JESSICA**
**D/NH 18-CR-00172**
**TRANSFER OF JURISDICTION TO D/MA**

On August 7, 2019, the above-named appeared in U.S. District Court, District of New Hampshire charged with Wire Fraud. The defendant was sentenced to 41 months BOP and 15 36 months supervised release.

Special Conditions: You must provide access to any requested financial information and authorize the release of financial information; must not incur new credit charges or open additional lines of credit; pay financial penalty and notify court of any changes in economic circumstances; participate in mental health treatment; contribute toward the cost of services and treatment; submit person, property, house, residence, vehicle, papers, computers and electronic devices to a search by the probation officer.

Special Assessment: $200.00
Restitution: $296,250.00

The District of New Hampshire has requested that this office accept transfer of jurisdiction since the defendant currently resides in the Massachusetts area. Ms. Teixeira plans to live in this district permanently.

In view of the foregoing, I recommend that we accept a transfer of jurisdiction of this. Please execute the attached PF-22 forms if you concur. Thank you.